IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BANK OF WAYNESBORO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:08-0019 |
| v. ) | JUDGE HAYNES |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

### ORDER

The initial case management conference is set for **Friday, June 6, 2008 at 10:00 a.m.** in **Columbia, Tennessee**

It is so **ORDERED**.

**ENTERED** this the 11th day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge